1  GOLDSMITH & HULL/C9904855
   A Professional Corporation
2  VALERIA BARINOVA  (Bar No. 224422)
   16000 Ventura Blvd., Suite 900
3  Encino, CA 91436-2760
   Tel.: (818) 990-6600
4  Fax: (818) 990-6140
   govdept1@goldsmithcalaw.com
5
6  Attorneys For Judgment Creditor
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,   ) CASE NO. 00-10648
12          Plaintiff,          )
                                )
13 v.                           )
                                ) ORDER GRANTING PLAINTIFF'S
14                              ) APPLICATION PERMITTING
   NADEEN T. VICTOR             ) SERVICE OF PROCESS [PROPOSED]
15                              )
16          Defendant.          )
17 _____)
18
19     IT IS HEREBY ORDERED, that Plaintiff's Application for Order Permitting
20 Service of Process is Granted, and that any agent of ROTTNER ATTORNEY
21 SERVICE, who is at least 18 years of age, of suitable discretion, and not a party for this
22 action, be authorized and appointed to serve the writ issued in this action.
23
24     IT IS SO ORDERED
25
26 Dated: JUL -9 2007       _____
27                          ALICEMARIE H. STOTLER, CHIEF DISTRICT JUDGE
                            UNITED STATES DISTRICT COURT
28

                                27